<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**No. 04-7055**

LAWRENCE EDWARD WILLIAMS,

> Petitioner - Appellant,

versus

GUILLERMO MALDONADO, JR.; JOSEPH BROOKS,

> Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-03-603)

Submitted: November 30, 2004     Decided: December 29, 2004

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Edward Williams, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence Edward Williams, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Williams v. Maldonado, No. CA-03-603 (E.D. Va. May 26, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED